WARREN COUNTY *v.* JOHN B. LANIER.

APPEAL.   *Jurisdiction.   Statutory reward.   Code* 1892, § 1387.

Where a county was not a party to a petition to the circuit court asking an allowance, under Code 1892, § 1387, providing a reward for the arrest and delivery up for trial of fleeing homicides, it cannot appeal to the supreme court from the judgment of the circuit court granting the petition.

FROM the circuit court of Warren county.

HON. OLIVER W. CATCHINGS, Judge.

Lanier, the appellee, petitioned the circuit court for an allowance, under Code 1892, § 1387, stating that he had arrested and delivered up for trial a fleeing homicide.   The court below granted the prayer of the petition (it was an *ex parte* one), and made an allowance of one hundred dollars, as prayed for by petitioner.   From the judgment of allowance Warren county appealed to the supreme court.

*McLaurin & Thames,* for appellant.

*T. D. Marshall,* for appellee.

CALHOON, J., delivered the opinion of the court.

This is an *ex parte* petition of Lanier to the circuit court, under Code 1892, § 1387, for one hundred dollars reward for arresting a person who had killed another and was fleeing from arrest.   The circuit court allowed it, and the county, which had never been made a party, appeals.   We are without jurisdiction. *Tate County* v. *Moore, ante,* 245 (s.c., 39 South. Rep., 781).

*Appeal dismissed.*